IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ONA C. ALLEN, | 3:12-CV-00402-ST |
| Plaintiff, | ORDER |
| v. | |
| NORTHWEST PERMANENTE, P.C. an Oregon corporation, | |
| Defendant. | |

BROWN, Judge.

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#20) on May 30, 2012, in which she recommends this Court deny Plaintiff's Motion (#5) for Remand. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#20). Accordingly, the Court **DENIES** Plaintiff's Motion (#5) for Remand.

IT IS SO ORDERED.

DATED this 2nd day of July, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

2 - ORDER